**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Victor Soberanes Munoz,

Petitioner,

v.

Kristi Noem, Peter B. Berg, Executive Office for Immigration Review, Pamela Bondi, U.S. Department of Homeland Security

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 0:26-cv-00400-DWF-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's writ of habeas corpus (Doc. No. [1]) is **GRANTED**.

a. The Court declares that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

b. Respondents are ordered to provide Petitioner with a bond redetermination hearing under 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order.

c. If the Government does not provide Petitioner with a bond

redetermination hearing as required by this Order, Petitioner must be immediately released from detention.

d. Within ten (10) days of the date of this Order, Respondents shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release.

2. Respondents, or anyone acting in concert with Respondents, are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota prior to the ordered bond hearing.

Date: 1/22/2026

KATE M. FOGARTY, CLERK