UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victor S.M.,                                               Civil No. 26-400 (DWF/EMB)

        Petitioner,

v.                                                               **ORDER**

Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Peter B. Berg, *Field Office Director Enforcement and Removal Operations*; Executive Office for Immigration Review; Pamela Bondi, *U.S. Attorney General*; and U.S. Department of Homeland Security,

        Respondents.

On January 21, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Respondents to provide Petitioner with a bond redetermination hearing within seven days of the Order. (Doc. No. 7.) If Respondents failed to provide a bond hearing as ordered, the Court ordered that Petitioner be immediately released. (*Id.*) Respondents were also ordered to file an update on or before January 31, 2026, advising the Court regarding the result of any bond hearing or, if no hearing was held, the status of Petitioner's release. (*Id.*) Respondents did not file any such update.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Respondents must file a letter no later than 12:00 p.m. CT on February 2, 2026, confirming if a bond hearing was held and, if not, the reasons that a hearing has not been held and the schedule for Petitioner's release.

2. Absent assurance that Petitioner will be released by 1:00 p.m. CT on February 2, 2026, the Court will issue an order to show cause why Respondents should not be held in contempt, and a contempt hearing shall be scheduled.

Dated: February 1, 2026           s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           United States District Judge